JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNFAN YANG, | Case No. 2:23-cv-06866-RGK-JPRx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| DAVID M. RADEL, Director of Asylum Office in Los Angeles, | |
| Defendant(s). | |

    On November 21, 2023 , the Court issued an Order [18] granting defendant's Motion to Dismiss Case [14], which ordered plaintiff to file any amended complaint within 21 days.

    No amended complaint has been filed as of the date of this order.  The Court finds no good cause for the delay in filing an amended complaint  and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 12/20/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE